IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PORTILLO, *et al.*<br><br>Defendants.<br>                                                        / | No. CR 08-0730 WHA<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT DANIEL PORTILLO'S MOTION TO DETERMINE MENTAL COMPETENCY OF DEFENDANT** |

Counsel for defendant Daniel Portillo has filed an "unopposed" motion for a local psychiatric or psychological examination of defendant Portillo and for a hearing to determine whether he is competent to proceed in the above-captioned matter (Dkt. No. 2983).

Although the motion asserts that counsel "has represented to the Court his concerns regarding comprehension of the proceedings by his client," no such representation has been made to the undersigned. Nor does the motion itself set forth any grounds for reasonable cause to believe defendant Portillo is not competent to proceed. Accordingly, the motion is **DENIED** without prejudice to the filing of an appropriate motion that offers at least a modicum of support for why defendant Portillo may not be competent to proceed. *See United States v. George*, 85 F.3d 1433, 1437 (9th Cir. 1996). Any such motion must be filed by **JANUARY 19 AT NOON**.

//

//

//

Counsel shall also make any necessary arrangements to ensure that any psychiatric or psychological examination of defendant Portillo — if later authorized upon a proper showing by counsel — is completed well in advance of the March 7 trial date.

**IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE