IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL PORTILLO, *et al*.<br><br>    Defendants.<br>                                                 / | No. CR 08-0730 WHA<br><br>**ORDER REQUESTING GOVERNMENT RESPONSE RE IMPACT OF DEFENDANT DANIEL PORTILLO'S FRCrP 12.2 NOTICE ON ANY MENTAL COMPETENCE EXAMINATION** |

     Counsel for defendant Daniel Portillo has filed a FRCrP 12.2 notice of expert evidence relating to mental condition (Dkt. No. 3000). The government is requested to provide a statement by **JANUARY 20 AT 5 P.M.** regarding the extent to which defendant Portillo's FRCrP 12.2 notice will affect the scope, timing, and circumstances of any competence examination of defendant Portillo, if authorized (Dkt. No. 2983). Although defendant Portillo's recently-filed unopposed motion for a competency examination was denied, it was denied without prejudice to the filing of a new motion containing further information (Dkt. Nos. 2983, 3009).

     **IT IS SO ORDERED.**

Dated: January 18, 2011.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE