JEFFRY GLENN, SBN 47357
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA 94103
Telephone: (415) 495-3950
Fax: (415) 495-6900
e-mail: SFLawyers@earthlink.net

RECEIVED
2011 JAN 19 A 10:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant:
DANIEL PORTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR08-00730 WHA |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| vs. | |
| **DANIEL PORTILLO** | |
| Defendant. | |

the Glenn declaration in support of the amended motion to determine mental competency is GOOD CAUSE having been shown, ~~the appended documents are~~ to be filed under seal. The motion itself and sealing application are to be filed publicly.

Dated: January 20, 2011.

_____
HON. WILLIAM ALSUP
United States District Court

Proposed Order
United States v. Cerna, et al., CR 08-00730 WHA                1