IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PORTILLO, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER FOR PSYCHIATRIC EXAMINATION OF DEFENDANT PORTILLO UNDER 18 U.S.C. 4241** |

Pursuant to court order, counsel for defendant Daniel Portillo has filed an amended motion for a local psychiatric or psychological examination of defendant Portillo and for a hearing to determine whether he is competent to proceed in the above-captioned matter (Dkt. No. 3009). The amended motion again fails to articulate grounds for reasonable cause to believe defendant Portillo is incompetent to stand trial. Nonetheless, in an abundance of caution, the undersigned will hold a hearing on **FEBRUARY 10 AT 2 P.M.** to determine defendant Portillo's mental competency.

A psychiatric examination of defendant Portillo shall be performed prior to the hearing pursuant to 18 U.S.C. 4241(b). The examination of defendant Portillo is to be conducted locally at the direction and under the supervision of United States Pretrial Services, pursuant to 18 U.S.C. 4247(b) and (c). The examining psychiatrist or psychologist shall be allowed access to defendant Portillo at the facility in which he is housed to conduct the evaluation. The psychiatric report is to be filed with the Court, and copies are to be provided to defense counsel for defendant Portillo

and counsel for the government. 18 U.S.C. 4247(c). The examination shall be completed and the report filed by **FEBRUARY 8 AT 5 P.M.**

The report shall include the following information required by 18 U.S.C. 4247(c):

(1) Defendant Portillo's history and present symptoms;

(2) A description of the psychiatric, psychological, and medical tests that were employed, and their results;

(3) The examiner's findings; and

(4) The examiner's opinions as to diagnosis, prognosis, and whether the defendant "is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. 4247(c)(4)(A).

**IT IS SO ORDERED.**

Dated: January 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2