JEFFRY GLENN, SBN 47357
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA 94103
Telephone: (415) 495-3950
Fax: (415) 495-6900
e-mail: SFLawyers@earthlink.net

Attorneys for Defendant:
DANIEL PORTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case No. CR08-00730 WHA |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ ORDER |
| ) | |
| vs. ) | |
| ) | |
| **DANIEL PORTILLO** ) | |
| ) | |
| Defendant. ) | |

The Declaration of Jeffry Glenn, filed under seal, to the Amended Unopposed Motion to Determine Competency of Defendant may be made available to the Psychiatrist or Psychologist who will conduct the evaluation of Daniel Portillo to determine if he is competent to proceed.

Dated:  January 26, 2011.

_____
HON. WILLIAM ALSUP
United States District Court

~~Proposed~~ Order re Availability of Declaration of Jeffry Glenn                      1
United States v. Cerna, et al., CR 08-00730 WHA