IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE PRESENT COMPETENCE OF DEFENDANT DANIEL PORTILLO** |
| DANIEL PORTILLO, *et al*. | |
| Defendants. | |

Based on the sworn testimony of Dr. John Chamberlain and his conclusions reached after examining defendant Daniel Portillo and reviewing the findings of Dr. Ricardo Winkel, the undersigned finds that defendant Portillo is presently suffering from a mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

Accordingly, defendant Portillo shall be committed to the custody of the Attorney General pursuant to 18 U.S.C. 4241(d)(1). Defendant Portillo shall be hospitalized for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant Portillo will attain the capacity to permit the proceedings to go forward.

As a result of his present incompetence, defendant Portillo can no longer proceed to trial on April 4 and is hereby severed. It may be that defendant Portillo will be restored to competency in time for trial with severed codefendants Danilo Velasquez, Luis Herrera, and Manuel Franco. This, however, cannot yet be determined.

Pursuant to 18 U.S.C. 3161(h)(4), time shall be excluded from the speedy trial clock as defendant Portillo is presently mentally incompetent to stand trial.

**IT IS SO ORDERED.**

Dated: February 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE