United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER FILING DOCUMENTS RE COMPETENCY EVALUATION OF DEFENDANT DANIEL PORTILLO** |
| DANIEL PORTILLO, *et al*. | |
| Defendants. | |

In connection with the competency hearings for defendant Daniel Portillo, the following documents were lodged with the undersigned:

(1) February 9 report by Dr. John Chamberlain regarding his evaluation of defendant Portillo;

(2) February 18 supplemental report from Dr. Chamberlain regarding the evaluation of defendant Portillo by Dr. Ricardo Winkel; and

(3) February 18 letter from the government agreeing that defendant Portillo should be committed for competency restroation.

All three documents are hereby added to the case file to ensure a complete record.

Although there has been no request to seal the documents and portions of the documents were discussed openly at public hearings, out of an abundance of caution, the February 9 report and February 18 supplemental report will be filed under seal as the

reports may contain sensitive medical information. Any party that objects to the sealed filing of the reports should bring a motion to unseal the reports. The government's February 18 letter, however, will be filed publicly as an attachment to this order.

**IT IS SO ORDERED.**

Dated: March 1, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*  *FAX:(415) 436-7234*

February 18, 2011

**VIA HAND-DELIVERY AND EMAIL**
Hon. William Alsup
United States District Court Judge
Northern District of California

Re: Competency Examination of Portillo

Dear Judge Alsup:

Upon consideration, the government has decided to forego any further examination of defendant Portillo as to his competency. The government agrees that defendant should be committed for competency restoration. I have already notified Mr. Glenn of the government's decision by telephone.

Thank you for your attention to this matter. I can be reached at my desk at (415) 436-6959 or on my cellular phone at (415) 828-4758.

Respectfully,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

William Frentzen
Assistant United States Attorney

cc: Jeffrey Glenn, Esq.
Counsel for defendant Portillo