IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE LETTER FROM UNITED STATES MEDICAL CENTER FOR FEDERAL PRISONERS RE DEFENDANT DANIEL PORTILLO** |
| DANIEL PORTILLO, *et al*. | |
| Defendants. | |

The attached correspondence was received from the United States Medical Center for Federal Prisoners regarding the upcoming psychological evaluation and treatment of defendant Daniel Portillo. The correspondence is hereby added to the case file to ensure a complete record.

Dated: April 5, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



**U.S. Department of Justice**
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

Springfield, MO 65801-4000

March 29, 2011

The Honorable William Alsup
United States District Judge
Northern District of California
United States Courthouse
Courtroom 9 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

RE:  PORTILLO, Daniel
     Reg. No.: 12556-111
     Docket No. CR 08-0730 WHA

Dear Judge Alsup:

The above-named inmate was received at the United States Medical Center for Federal Prisoners on March 24, 2011, for psychological evaluation and treatment under Title 18 U.S.C. 4241(d).  Mr. Portillo will remain at this facility for up to four months in an attempt to restore competency for trial. The final staffing date is scheduled for July 22, 2011.  A copy of the requested psychological study will follow.  Additionally, we request that the attorneys assigned to this case forward relevant records to the assigned clinician.

If you have any questions or require additional information, Mr. Portillo is being seen by Dr. Lea Ann Preston-Baecht.  Dr. Preston-Baecht may be reached at ■■■■■, extension ■■■.

Sincerely,

J. Engleman
Mental Health Unit Manager