IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                     / | No. CR 08-00730 WHA<br><br>**ORDER REFERRING DEFENDANTS DANILO VELASQUEZ, LUIS HERRERA, MANUEL FRANCO, AND DANIEL PORTILLO TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE** |

The above-captioned matter was previously referred to Magistrate Judge James Larson for settlement purposes (Dkt. No. 1677). As Magistrate Judge James Larson has retired, defendants Danilo Velasquez, Luis Herrera, Manuel Franco, and Daniel Portillo — are now **REFERRED** to Magistrate Judge Joseph Spero for a settlement conference with the government.

This referral should not be used as a basis for a continuance, and all parties should continue to prepare for trial on schedule.

It should be noted that defendant Portillo is currently undergoing psychological evaluation and treatment at the United States Medical Center for Federal Prisoners and will not be able to participate in any settlement conferences until his return.

**IT IS SO ORDERED.**

Dated: June 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE