IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>  Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER SETTING COMPETENCY HEARING FOR DANIEL PORTILLO** |

A competency hearing for Daniel Portillo will be held on **SEPTEMBER 14 AT 9 A.M.** In the interim, counsel must continue to comply with all court deadlines and should not cease trial preparation while awaiting the outcome of the competency hearing. As previously stated, counsel must be prepared to proceed to trial on October 17 absent a finding that defendant Portillo is not competent to proceed. Indeed, counsel was originally required to be prepared to proceed to trial on March 7.

**IT IS SO ORDERED.**

Dated: September 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE