~~PROPOSED~~ ORDER

The Court grants time /for counsel to review transcript of sentencing hearing and sets ~~January 12, 2012,~~ January 9 at Noon as the date supplemental papers must be filed to consider amending the Judgment and Commitment Order.

It is so ordered,

_/s/ William H. Alsup_                             Date: January 4, 2012.
William H. Alsup
United States District Judge

3