IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PORTILLO.<br><br>Defendant.. | No. CR 08-0730 WHA<br><br>**ORDER GRANTING MOTION<br>TO AMEND JUDGMENT** |

The government and defendant Daniel Portillo jointly move to amend the Judgment and Commitment Order to reflect the language of their plea agreement (Dkt. No. 5632). The motion is **GRANTED**. The total term of imprisonment shall remain 120 months but the sentence shall be imposed as follows: (1) time served prior to the return of the underlying indictment (eight months) for Count 31; and (2) a term of 120 months for Count 33, to be imposed consecutively. The Judgment and Commitment Order will be amended accordingly.

**IT IS SO ORDERED**.

Dated: January 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE